**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

MANNA MASSAQUOI #A057-743-631          CASE NO.  1:25-CV-00460 SEC P

VERSUS                                                          JUDGE EDWARDS

LATASHA GARDNER ET AL                        MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition (ECF No. 3) is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**

**THUS, DONE AND SIGNED** in Chambers this 19th day of November, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**